**Order entered December 31, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01386-CR

**ASHLEY DANIELLE SIEBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. MA16-59378-G**

## ORDER

Before the Court is court reporter Trisha L. Phillips's December 21, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request to the extent we **ORDER** the reporter's record filed on or before January 30, 2019. *See* TEX. R. APP. P. 35.3(c).

/s/    LANA MYERS
       JUSTICE